```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION


SYLVIA JONES,                         :
on behalf of JASMINE JONES,           :
                                      :
     Plaintiff,                       :
                                      :
v.                                    :    CIVIL ACTION 07-0368-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of                       :
Social Security,                      :
                                      :
     Defendant.                       :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Sylvia Jones, on behalf of Jasmine Jones.

DONE this 25th day of January, 2008.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE